IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L. NORDSTROM, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF WAHOO, a Political Subdivision of the State of Nebraska; GERALD D. JOHNSON, in his capacity as City Council Member of the City of Wahoo; CARL WARFORD, in his capacity as City Council Member of the City of Wahoo; RYAN IDEAUS, in his capacity as City Council Member of the City of Wahoo; SHANE SWEET, in his capacity as City Council Member of the City of Wahoo; CHRIS RAPPL, in his capacity as City Council Member of the City of Wahoo; STUART KREJCI, in his capacity as City Council Member of the City of Wahoo; and PATRICK NAGLE, in his capacity as City Council Member of the City of Wahoo; <br><br> Defendants. | 8:23CV311 <br><br><br> ORDER |

Plaintiff filed an amended motion to compel. Filing No. 64. Plaintiff's amended motion is substantially identical to his motion to compel, Filing No. 49, with the exception of his request for a hearing on the motion or, in the alternative, his request for leave to file an amended index of evidence in support of his motion.

Accordingly,

IT IS ORDERED:

1

1) Plaintiff's previous motion to compel, Filing No. 49, is denied as moot. The operative motion to compel is Plaintiff's amended motion to compel at Filing No. 64.

2) The Court grants Filing No. 64 in part, denies Filing No. 64 in part, and reserves ruling on the remainder of the motion until it is fully submitted as set forth below.

    a. Plaintiff's request for oral argument and an evidentiary hearing is denied.

    b. Plaintiff may file an amended index of evidence in support of his motion to compel on or before **December 13, 2024**. If Plaintiff does not timely file an amended index of evidence, the Court will presume Plaintiff intends to rely on his previously filed index of evidence with corresponding attachments at Filing No. 54.

    c. If Plaintiff timely files an amended index of evidence, Defendants may file an amended response brief and/or index of evidence on or before **December 20, 2024**. If Defendants do not file an amended brief and/or index of evidence, the Court will presume Defendants intend to rely on their previously filed brief, Filing No. 63, and/or index of evidence with corresponding attachments, Filing No. 62.

    d. Plaintiff shall file a reply in support of his amended motion to compel on or before **December 27, 2024**.

Dated this 10th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge